UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,

      Plaintiffs,

  - against –

TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,

      Defendants.
------------------------------------------------------------------X

Civil Action 23cv7647

**NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that the undersigned hereby appears as an attorney on behalf of Plaintiffs MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA, and demands that copies of all pleadings, papers, notices and other communications relating to this action be served upon the undersigned.

Dated: New York, New York
   August 29, 2023

            **WARSHAW BURSTEIN, LLP**

            By: /s/ Felicia S. Ennis
              Felicia S. Ennis
            *Attorneys for Plaintiffs*
            575 Lexington Avenue, 7th Floor
            New York, New York 10022
            T: (212) 984-7700
            F: (347) 983-7255