## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: August 30, 2023  
Index #   1:23-CV-07647-AT

MULLEN AUTOMOTIVE, INC., ET ANO    Plaintiff

against

TD AMERITRADE, INC., ET AL    Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

___James Perone___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 31, 2023___, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY TRIAL DEMANDED

on

___CHARLES SCHWAB & CO, INC.___, the Defendant in this action, by delivering to and leaving with ___Sue Zouky___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__  
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this  
__31st__ day of August 2023

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2026

James Perone  
Attny's File No.  
Invoice•Work Order # S1897557

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**