## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: August 30, 2023  
Index #  1:23-CV-07647-AT

MULLEN AUTOMOTIVE, INC., ET ANO — Plaintiff

against

TD AMERITRADE, INC., ET AL — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY        SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 31, 2023___, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY TRIAL DEMANDED

on

___NATIONAL FINANCIAL SERVICES LLC___, the Defendant in this action, by delivering to and leaving with ___Sue Zouky___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: _55-60_   Approx. Wt: _125lbs_   Approx. Ht: _5'1_  
Color of skin: _White_   Hair color: _Red/Blonde_   Sex: _Female_   Other: _____

Sworn to before me on this  
_31st_ day of August 2023

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2026

James Perone  
Attny's File No.  
Invoice•Work Order # S1897558

**SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201**