UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:23-cv-07647-AT<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Andrew W. Stern, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant National Financial Services, LLC. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
　　　　September 7, 2023

　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP

　　　　　　　　　　　　　　　　By: */s/ Andrew W. Stern*
　　　　　　　　　　　　　　　　　　Andrew W. Stern
　　　　　　　　　　　　　　　　　　787 Seventh Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　Telephone: (212) 839-5397
　　　　　　　　　　　　　　　　　　Facsimile: (212) 839-5599
　　　　　　　　　　　　　　　　　　Email: astern@sidley.com

　　　　　　　　　　　　　　　　*Attorneys for National Financial Services, LLC*