UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>        Plaintiffs,<br><br>    v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>        Defendants. | Case No. 1:23-cv-07647-AT |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant National Financial Services, LLC, by and through the undersigned counsel, certifies the following:

Fidelity Global Brokerage Group, Inc. is the parent corporation of National Financial Services, LLC. No publicly-held corporation owns 10 percent or more of National Financial Services, LLC's stock.

Dated: New York, New York
September 7, 2023

            Respectfully submitted,

            SIDLEY AUSTIN LLP

            By: */s/ Andrew W. Stern*
              Andrew W. Stern
              Jon W. Muenz
              787 Seventh Avenue
              New York, New York 10019
              Telephone: (212) 839-5300
              Facsimile: (212) 839-5599
              astern@sidley.com
              jmuenz@sidley.com

              Kathryn L. Alessi (*pro hac vice* forthcoming)
              SIDLEY AUSTIN LLP
              60 State Street, 36th Floor
              Boston, MA 02109
              Telephone: (617) 223-0364
              Facsimile: (617) 223-0301
              Email: kalessi@sidley.com

            *Attorneys for National Financial Services, LLC*