UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>　　　　　Defendants. | Case No. 1:23-cv-07647-AT |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter G. Wilson of Katten Muchin Rosenman LLP, who is admitted to practice in this court, hereby appears on behalf of Defendants TD Ameritrade, Inc. and Charles Schwab & Co., Inc. in the above-captioned action. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: September 12, 2023

Respectfully submitted,

By:　/s/ Peter G. Wilson

Peter G. Wilson
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661-3693
(312) 902-5200
peter.wilson@katten.com

*Counsel for for Defendants, TD Ameritrade, Inc. and Charles Schwab & Co., Inc.*