UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-07647-AT |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants TD Ameritrade, Inc. and Charles Schwab & Co., Inc., by and through the undersigned counsel, certifies the following:

1. The parent corporation of TD Ameritrade, Inc. is TD Ameritrade Online Holdings Corp., a wholly owned subsidiary of TD Ameritrade Holding Corporation, which is a wholly owned subsidiary of The Charles Schwab Corporation. The Charles Schwab Corporation is a publicly traded corporation and has no parent corporation.

2. The parent corporation of Charles Schwab & Co., Inc. is Schwab Holdings, Inc., which is a wholly owned subsidiary of The Charles Schwab Corporation. The Charles Schwab Corporation is a publicly traded corporation and has no parent corporation.

Dated: September 12, 2023    Respectfully submitted,

By:    /s/ Peter G. Wilson

Peter G. Wilson
David Luger
Carrie M. Stickel
K<small>ATTEN</small> M<small>UCHIN</small> R<small>OSENMAN</small> LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661-3693
(312) 902-5200
peter.wilson@katten.com
david.luger@katten.com
carrie.stickel@katten.com

*Counsel for for Defendants, TD Ameritrade, Inc. and Charles Schwab & Co., Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that, on September 12, 2023, he caused a true and correct copy of the foregoing to be served upon all parties by electronically filing the same with the Pacer/ECF system.

/s/ Peter G. Wilson
*One of the Attorneys for Defendants TD Ameritrade, Inc. and Charles Schwab & Co., Inc.*