**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

ASTERN@SIDLEY.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2023
```

September 13, 2023

**BY ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *Mullen Automotive, Inc. et al. v. TD Ameritrade, Inc. et al.*, No. 1:23-cv-07647-AT
**Request for Extension of Time to Respond to the Complaint**

Dear Judge Torres:

We represent Defendant National Financial Services, LLC in the above-captioned action. We write on behalf of all Defendants respectfully to request an extension of time to respond to Plaintiffs' Complaint. The **original deadline is September 21, 2023** and Defendants request an **extension until October 19, 2023**. We are requesting this extension to allow for sufficient time to exchange the first set of letters required by your Honor's Individual Rule III.B.ii, which exchange must be completed before the parties submit any pre-motion letter with respect to a Motion to Dismiss. This is the first request by the parties for any adjournment or extension. Plaintiffs consent to this request.

Thank you for your consideration.

Respectfully submitted,

/s/ Andrew W. Stern
Andrew W. Stern

GRANTED.

SO ORDERED.

Date: September 14, 2023
New York, New York

ANALISA TORRES
United States District Judge

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.