UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>Plaintiffs,<br><br>v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 1:23-cv-07647-AT<br><br>**MOTION FOR ADMISSION <u>PRO HAC VICE</u>** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Kathryn L. Alessi, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant National Financial Services, LLC in the above-captioned action.

I am in good standing of the bar of the Commonwealth of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 attached hereto.

Dated:  Boston, Massachusetts
September 15, 2023

Respectfully submitted,

By: /s/ Kathryn L. Alessi
Kathryn L. Alessi
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Telephone: (617) 223-0364
Facsimile: (617) 223-0301
Email: kalessi@sidley.com

4876-2444-8638v.4