UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>Plaintiffs,<br><br>v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 1:23-cv-07647-AT<br><br>**DECLARATION OF KATHRYN L. ALESSI IN SUPPORT OF MOTION FOR ADMISSION <u>PRO HAC VICE</u>** |

I, Kathryn L. Alessi, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am a partner with the law firm of Sidley Austin LLP and have personal knowledge of the facts stated herein.

2.  I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel for defendant National Financial Services, LLC.  As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Massachusetts.

3.  I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court.  Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate.  I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Executed on this 15th day of September 2023.

                        SIDLEY AUSTIN LLP

                    By: /s/ Kathryn L. Alessi
                        Kathryn L. Alessi
                        SIDLEY AUSTIN LLP
                        60 State Street, 36th Floor
                        Boston, MA 02109
                        Telephone: (617) 223-0364
                        Facsimile: (617) 223-0301
                        Email: kalessi@sidley.com