# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-07647-AT<br><br>**[PROPOSED] ORDER FOR**<br>**ADMISSION PRO HAC VICE** |

　　　　The motion of Kathryn L. Alessi, for admission to practice Pro Hac Vice in the above-captioned action is granted.

　　　　Kathryn L. Alessi has declared that she is a member in good standing of the bar of the Commonwealth of Massachusetts and that her contact information is as follows:

　　　　Kathryn L. Alessi
　　　　SIDLEY AUSTIN LLP
　　　　60 State Street, 36th Floor
　　　　Boston, MA 02109
　　　　Telephone: (617) 223-0364
　　　　Facsimile: (617) 223-0301
　　　　Email: kalessi@sidley.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant National Financial Services, LLC in the above-captioned action;

4876-2444-8638v.4

**IT IS HEREBY ORDERED** that Kathryn L. Alessi is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                     _____
                                                    Honorable Analisa Torres
                                                    United States District Judge