UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>Plaintiffs,<br><br>v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 1:23-cv-07647-AT |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants TD Ameritrade, Inc. and Charles Schwab & Co., Inc. in the above-captioned action. I am in good standing of the bar of the State of Illinois (State Bar No. 6299381) (see Certificate of Good Standing, annexed as Exhibit 1 to the Affidavit of David Luger in Support of Motion for Admission Pro Hac Vice), and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 20, 2023

Respectfully submitted,

By:   /s/ David Luger

David Luger
KATTEN MUCHIN ROSENMAN LLP

525 West Monroe Street, Suite 1900
Chicago, Illinois 60661-3693
(312) 902-5200
david.luger@katten.com

*Counsel for for Defendants, TD Ameritrade, Inc. and Charles Schwab & Co., Inc.*

2