UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>      Plaintiffs,<br><br>    v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>      Defendants. | Case No. 1:23-cv-07647-AT |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of David Luger for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has indicated that he is a member in good standing of the Bar of the State of Illinois and that his contact information is as follows:

David Luger
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5458
Fax: (312) 902-1061
david.luger@katten.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for TD Ameritrade, Inc. and Charles Schwab & Co., Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this ___ day of September 2023 by:

                                                                                                       The Honorable Analisa Torres
                                                                                                       United States District Judge