UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>                Plaintiffs,<br><br>         v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>                Defendants. | Case No. 1:23-cv-07647-AT |

**AFFIDAVIT OF CARRIE M. STICKEL IN
SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF ILLINOIS      )
                                     )
COUNTY OF COOK        )

I, CARRIE M. STICKEL, being duly sworn, depose and say:

      1.      I am a member of the law firm of Katten Muchin Rosenman LLP. I submit this affidavit in support of my motion for admission *pro hac vice* to the bar of this Court in accordance with Local Civil Rule 1.3(c).

      2.      I have been retained as counsel for Defendants TD Ameritrade, Inc. and Charles Schwab & Co., Inc. in the above-captioned action. I respectfully request permission to appear *pro hac vice* on behalf of TD Ameritrade, Inc. and Charles Schwab & Co., Inc. I am familiar with this action and will be fully prepared to represent TD Ameritrade, Inc. and Charles Schwab & Co., Inc. in all proceedings before this Court.

      3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Illinois (State Bar No. 6317049).

      4.      I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

WHEREFORE, I, Carrie M. Stickel, hereby respectfully request that this Court grant my admission *pro hac vice* to appear for all purposes as counsel for TD Ameritrade, Inc. and Charles Schwab & Co., Inc. in the above-captioned action.

_____
Carrie M. Stickel

Sworn to me this 20 of September, 2023

_____

"OFFICIAL SEAL"
Michelle C. Dewey
Notary Public, State of Illinois
My Commission Expires October 21, 2023

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Carrie Melissa Stickel

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2014 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 18th day of September, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois