UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>Plaintiffs,<br><br>v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>Defendants. | Case No. 1:23-cv-07647-AT |

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of Carrie M. Stickel for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has indicated that she is a member in good standing of the Bar of the State of Illinois and that her contact information is as follows:

Carrie M. Stickel
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5355
Fax: (312) 902-1061
carrie.stickel@katten.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for TD Ameritrade, Inc. and Charles Schwab & Co., Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED this ___ day of September 2023 by:

_____
The Honorable Analisa Torres
United States District Judge