



**ALAN M. POLLACK**
PARTNER

DIRECT DIAL: 212-984-7794
EMAIL: apollack@wbny.com

WARSHAW BURSTEIN, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700
www.wbny.com

November 30, 2023

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *Mullen Automotive, Inc. et al. v. TD Ameritrade, Inc. et al.*, No. 1:23-cv-07647-AT
    <u>Request for Extension of Time to File Amended Complaint</u>

Dear Judge Ho:

  This firm represents plaintiffs Mullen Automotive, Inc. and Ulysses Novoa in the above referenced action. Plaintiffs respectfully submit this letter pursuant to Individual Rule 2.e.i to request a short extension of time to file an amended complaint to allow for further time to investigate the factual assertions in Defendants' first set of pre-motion letters.

  Plaintiffs' Complaint was filed on August 29, 2023 [Dkt. No. 1]. On September 13, 2023, before the time to respond to Plaintiffs' Complaint had expired, Defendants requested, with Plaintiffs' consent, an extension of time from September 21, 2023 to October 19, 2023 in order to exchange the first set of pre-motion letters required by your Judge Torres's Individual Rule III.B.ii [Dkt. No. 23]. Defendants' request was granted. On October 5, 2023, Defendants served their first set of pre-motion letters. After meeting and conferring with Defendants, Plaintiffs requested—with Defendants' consent—a 45-day extension until <u>November 30, 2023</u> to amend their Complaint. That request was granted. On October 30, 2023, this action was transferred to Your Honor, and this Court issued an order providing that "all prior orders, dates, and deadlines shall remain in effect." [Dkt. No. 33].

  We have been diligently investigating the factual assertions in Defendants' pre-motion letters and determining the appropriate response thereto but require a small amount of additional time and now request an 8-day extension to <u>December 8, 2023</u> to the deadline to amend the Complaint.

  Only one prior request for an extension—to November 30, 2023—was made, and that request was granted. Defendants consent to this extension, and the parties' next scheduled appearance before the Court is December 21, 2023, for an initial pretrial conference. [Dkt. No. 33]. This request is not expected to impact any other deadlines.

{1634057.1 }

Thank you for your consideration.

                          Respectfully submitted,

                          By:  /s/ Alan M. Pollack
                                Alan M. Pollack
                                WARSHAW BURSTEIN, LLP
                                575 Lexington Avenue, 7th Floor
                                New York, New York 10022
                                Tel:  212-984-7700
                                apollack@wbny.com

                                *Attorneys for Plaintiffs Mullen*
                                *Automotive, Inc. and Ulysses Novoa*

cc:    All parties via ECF

Application GRANTED.  Plaintiffs' deadline to file an amended complaint is hereby extended to **December 5, 2023**.  Plaintiffs shall attach as an exhibit to the amended complaint a redline showing all differences between the original and revised filing.  Plaintiffs are advised that per Individual Rule 2(e)(ii), absent an emergency, any request for extension shall be made as early as possible, and at least two business days before the deadline.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: December 1, 2023
New York, New York