UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MULLEN AUTOMOTIVE, INC. and ULYSSES NOVOA,<br><br>                                Plaintiffs,<br><br>v.<br><br>TD AMERITRADE, INC., CHARLES SCHWAB & CO., INC., NATIONAL FINANCIAL SERVICES, LLC and JOHN DOES 1 THROUGH 10,<br><br>                                Defendants. | No. 23 Civ. 7647 (AT) (SLC) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Mullen Automotive, Inc. and Ulysses Novoa, by and through undersigned counsel, hereby dismiss Defendants TD Ameritrade Inc., Charles Schwab & Co., Inc., National Financial Services, LLC and John Does 1-10 from the above-captioned action, with prejudice and with each party bearing their own costs. These Defendants have not filed an answer or motion for summary judgment. The parties agree that no party hereto asserts that any other party violated the requirements of Rule 11 with respect to the institution, prosecution, defense, or resolution of this action.

Dated: December 7, 2023

Respectfully submitted,

By: _____
Alan M. Pollack, Esq.
Felicia S. Ennis, Esq.
Warshaw Burstein, LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 984-7700
Fax: (212) 972-9150

James Wes Christian, Esq.
Christian Attar Law Group, LLC
2302 Fannin, Suite 205
Houston, Texas 77002
Tel: (713) 659-7617

*Counsel for Plaintiffs*
*Mullen Automotive, Inc. and*
*Ulysses Novoa*

{1635621.1}                                 2